AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

E-mail Account **hillemensahbrowne@yahoo.ie**
Maintained on Computer Servers Operated
by YAHOO, Inc., Headquartered at
701 First Avenue,
Sunnyvale, California

**SEARCH WARRANT**

CASE NUMBER: 08 682-M-01

TO: __Brett A. Gentrup__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __U.S. Department of Homeland Security, Special Agent Brett A. Gentrup__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location) e-mail account identified by user account **hillemensahbrowne@yahoo.ie** maintained on computer servers operated by YAHOO!,Inc., Headquartered at 701 First Avenue, Sunnyvale, California, and more fully described in ATTACHMENT A to this application

in the Central District of California, there is now concealed certain property the disclosure of which is governed by 18 U.S.C. §§ 2701-2711, namely (describe the person or property)

contents of electronic e-mails and other electronic data more fully described in the Application and ATTACHMENT A to this Application (which are both incorporated into this Warrant as if set forth fully herein).

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now on the premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___DEC 4 2008___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 24 2008  10:47 AM                          at Washington, D.C.

Date and Time Issued
ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer               Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>11/24/2008 | DATE AND TIME WARRANT EXECUTED<br>11/24/08  12:21 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>YAHOO! CUSTODIAN OF RECORDS |
| INVENTORY MADE IN THE PRESENCE OF    S/A Chris Malone |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br><br>1   CD-ROM said to contain the contents of email account hillemensahbrowne@yahoo.com |||

FILED

JAN - 7 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _____

Subscribed, sworn to, and returned before me this date.

_____          01/__/09
U.S. Judge or U.S. Magistrate Judge                Date